UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR08-FDW |
|---|---|---|
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| MUNIR ABDAT | ) | |

For the reasons stated in the government's Motion to Dismiss Without Prejudice, the Court hereby grants leave for the dismissal with prejudice of Count One in the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED.

Signed: July 14, 2008

Frank D. Whitney
United States District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of July, 2008, the foregoing proposed Order of Dismissal With Prejudice was duly served through the Electronic Court Filing upon the defendant's lawyer:

      Ms. Angela Parrott
      Federal Community Defender's Office
      227 West Fourth Street, Suite 300
      Charlotte, North Carolina 28204
      email: cecilia.oseguera@fd.org

      /s/KENNETH M. SMITH

      KENNETH M. SMITH
      Assistant United States Attorney
      N. C. State Bar No. 17934
      227 West Trade Street, Suite 1650
      Charlotte, North Carolina 28202
      704.344.6222 phone
      704.344.6629 facsimile transmission
      email: kenny.smith@usdoj.gov